# Notice Recipients

District/Off: 0207−1          User: admin                Date Created: 05/11/2015
Case: 1−14−44494−ess          Form ID: 205               Total: 4

**Recipients of Notice of Electronic Filing:**
tr      Alan Nisselson        anisselson@windelsmarx.com
aty     Kevin B Zazzera       kzazz007@yahoo.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Lisa A Lombardi       2755 Amboy Road       Staten Island, NY 10306
smg     Office of the United States Trustee      Eastern District of NY (Brooklyn Office)       U.S. Federal Office
        Building       201 Varick Street, Suite 1006       New York, NY 10014

TOTAL: 2